No. 368. RETAIL CLERKS INTERNATIONAL ASSOCIATION, LOCAL 1625, AFL–CIO, ET AL. *v.* SCHERMERHORN ET AL. Certiorari, 371 U. S. 909, to the Supreme Court of Florida. The motion of the Chamber of Commerce of the United States for leave to file a brief, as *amicus curiae,* is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *William B. Barton* and *Harry J. Lambeth* on the motion.

No. 791. UNITED STATES ET AL. *v.* J. B. MONTGOMERY, INC. Appeal from the United States District Court for the District of Colorado. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Elliott H. Moyer* and *Robert W. Ginnane* for the United States et al. *Charles W. Singer* for appellee.

No. 777. FRANKLIN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for respondent.

No. 800. ADAMS, DOING BUSINESS AS BEACON HILL Co., ET AL. *v.* HIRSCH ET AL., DOING BUSINESS AS BELAND REALTY Co. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. *O. John Rogge* and *Martin Rosen* for petitioners. *Seymour Shainswit* and *Leonard W. Wagman* for respondents.